253 So.2d 382

**Mr. and Mrs. Eugene O. HICKS**

v.

**THE FIDELITY–SOUTHERN FIRE INSURANCE COMPANY.**

**No. 51833.**

Oct. 28, 1971.

In re: Mr. & Mrs. Eugene O. Hicks applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of St. Tammany. 251 So.2d 526.

Application not considered. Not timely filed. See Section 11 of Art. VII of the Constitution.

■

253 So.2d 382

**Edward BAUDIN**

v.

**TRADERS AND GENERAL INSURANCE COMPANY et al.**

**No. 51834.**

Oct. 28, 1971.

In re: Edward Baudin applying for certiorari or writ of review to the Court of Appeal, Third Circuit, Parish of St. Martin. 252 So.2d 133.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.